**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHNSON & JOHNSON, et al.,**

     **Plaintiffs,**

**v.**                                          **Case No.:8:19-cv-1673-AEP**

                                                                      **FILED UNDER SEAL PURSUANT TO**
                                                                      **THE COURT'S ORDER (DOC. 97)**

**XS SUPPLY, LLC, et al.,**

     **Defendants.**

                                    /

**MEDIATION REPORT**

     In accordance with the Court's mediation order, a video mediation conference was held on June 1, 2020.  Plaintiffs' corporate representatives and trial counsel, XS Defendants' corporate representative with Defendants Bird, Berger, Rodimushkin, Longdue and Thomas and their trial counsel, and Lion Heart Defendants' corporate representatives/Defendants Conde and Nascimento and their insurance representatives and trial counsel attended and participated.

     <u>The parties have reached an impasse.</u>

     Done June 2, 2020 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002    Fax: 813.874.1131
                                        email: peter@grillimediation.com

     I HEREBY CERTIFY that June 2, 2020 I submitted the foregoing document in accordance with Judge Porcelli's filing instructions.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.