UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNSON & JOHNSON, *et al.*,

    Plaintiffs,

v.                                                                                    Case No. 8:19-cv-1673-T-AEP

XS SUPPLY, LLC, *et al.*,

    Defendants.
_____/

**ORDER**

    This cause was set for a hearing upon Plaintiffs' *Ex Parte* Status Report to Maintain Case Under Seal (Doc. 212), in which Plaintiffs indicated that this case should remain under seal. Subsequently, Plaintiffs submitted an additional Status Update Regarding Maintaining this Action Under Seal (Doc. 228). Notably, Plaintiffs stated that they maintained no objection to this case and its filings being unsealed, with the exception of docket entries 9, 104, 121, 144, 163, and 164, each of which contain personal financial information. During the hearing, Plaintiffs reiterated their lack of objection to the unsealing of the case and the lack of opposition of Defendants to unsealing the case. In addition, the Court addressed the Amended Expedited Discovery Order (Doc. 120), which provided for expedited discovery relating to non-parties and Defendants. Plaintiffs agreed that the Order could be dissolved, as the need for expedited discovery ceased. Accordingly, it is hereby

    ORDERED:

    1.    The Clerk is directed to unseal the case but shall maintain docket entries 9, 104, 121, 144, 163, and 164 under seal.

2. Within fourteen (14) days of the date of this Order, Plaintiffs shall submit redacted versions of docket entries 9, 104, 121, 144, 163, and 164.

3. The Amended Expedited Discovery Order (Doc. 120) is dissolved.

4. The Clerk is directed to provide an electronic copy of this Order to the parties.

DONE AND ORDERED in Tampa, Florida, on this 15th day of July, 2020.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

2