UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNSON & JOHNSON, *et al.*,

    Plaintiffs,

v.                                                    Case No. 8:19-cv-1673-T-AEP

XS SUPPLY, LLC, *et al.*,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Lion Heart Defendants' Motion for Protective Order Regarding the Depositions of the Lion Heart Defendants and to Temporarily Stay Case Pending Completion of Criminal Proceedings (Doc. 264) and the Stipulated Motion and Proposed Order Concerning Stay of Party Depositions and Revised Case Schedule (Doc. 269). Upon consideration, it is hereby

ORDERED:

1. The Lion Heart Defendants' Motion for Protective Order Regarding the Depositions of the Lion Heart Defendants and to Temporarily Stay Case Pending Completion of Criminal Proceedings (Doc. 264) is DENIED AS MOOT.

2. The Stipulated Motion and Proposed Order Concerning Stay of Party Depositions and Revised Case Schedule (Doc. 269) is GRANTED.

3. The depositions of all party deponents, including fact witnesses and Rule 30(b)(6) designees, are STAYED until February 12, 2021.

4. The deadline for the close of fact discovery is extended up to and including March 26, 2021.

5. The deadline for filing dispositive motions is extended up to and including April 23, 2021.

6. The deadline for responding to dispositive motions is extended up to and including May 21, 2021.

7. The Clerk is directed to update those deadlines. All other deadlines remain, including trial beginning on October 4, 2021.

8. XS Supply and the Lion Heart Defendants shall not seek a further extension or stay of discovery or the trial in this action on the basis of any criminal investigation or any indictment, plea, conviction, or other criminal proceeding concerning Ms. Nascimento or any of the Lion Heart Defendants or XS Supply.

DONE AND ORDERED in Tampa, Florida, on this 26th day of October, 2020.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

2