UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHNSON & JOHNSON, ETHICON, INC., and ETHICON US, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> XS SUPPLY, LLC, JON M. BIRD, TYLER BERGER, IVAN RODIMUSHKIN, DAVID W. LONGDUE III, BRENDAN THOMAS, LION HEART SURGICAL SUPPLY LLC, LION HEART SURGICAL SUPPLY CORP., FABIAN CONDE, JANAINA D. NASCIMENTO, PURE CARE TRADERS F.Z.E., ALI HUSSAIN, VERY NICE DEALS, INC. d/b/a AK GLOBAL MED, ASHRAF ABUKHALAF, M/S MEDSERVE, and PRITAMDAS ARORA, <br><br> Defendants. | Case No. 8:19-cv-1673-T-33AEP |

**JOINT MOTION CONCERNING**
**DISCOVERY DEADLINE AND REVISED CASE SCHEDULE**

Plaintiffs Johnson & Johnson, Ethicon, Inc. and Ethicon US, LLC ("Plaintiffs"), Defendants Fabian Conde, Janaina Nascimento, Lion Heart Surgical Supply, LLC, and Lion Heart Surgical Supply Corp. (the "Lion Heart Defendants"), and Defendants XS Supply, LLC, Jon M. Bird, Tyler Berger,

1

12630196

Ivan Rodimushkin, David W. Longdue, III and Brendan Thomas (the "XS Supply Defendants") (collectively, the "Parties") file this Joint Motion for a moderate extension of the case schedule and state as follows:

1. Trial in this action is set for October 4, 2021, with discovery currently set to close on March 26, 2021, dispositive motions set to be filed by April 23, 2021, and responses set to be filed by May 21, 2021.

2. The Parties have completed almost all of their discovery in the case, with the final deposition, that of Defendant Nascimento, individually and, simultaneously as the corporate representative for Defendant Lion Heart Surgical Supply Corp. f/k/a Lion Heart Surgical Supply LLC (the "Nascimento Deposition"), having been scheduled for March 26, 2021.

3. Due to scheduling conflicts that have arisen, the Parties wish to reschedule the Nascimento Deposition from March 26, 2021 to April 7, 2021, while not extending the deadline for any other fact discovery in this action.

4. Ms. Nascimento has been sentenced to six months imprisonment in the criminal action against her,[1] and she will be not be finished with her prison term until after the current October 4, 2021 trial date.

5. The Parties agree that the requested extension of the discovery deadline with regard to Ms. Nascimento's deposition and Ms. Nascimento's

---

[1] *U.S. v. Nascimento*, 5:21-cr-00002 (E.D. Ky. 2021).

12630196

pending imprisonment will necessitate a modification to the remainder of the case schedule, and they now seek a moderate amendment to it.

6. For the foregoing reasons, the Parties seek an extension to the case schedule as follows: (1) the deadline for the close of fact discovery would be extended from March 26, 2021 to April 9, 2021, solely for the purpose of conducting the Nascimento Deposition (all other fact discovery shall be completed by the original March 26, 2021 deadline); (2) the deadline for the filing of summary judgment motions would be extended from April 23, 2021, to May 21, 2021; (3) the deadline for the filing of responses to summary judgment motions would be extended from May 21, 2021 to June 25, 2021; (4) pursuant to Local Rule 3.01(d), the deadline for the filing of replies to summary judgment motions would be July 9, 2021; and (4) the trial date of October 4, 2021 would be continued.  The Parties will confer with each other and the Court to determine an appropriate new trial date.

7. District courts have broad discretion in managing their cases. *Gadsby v. Am. Golf Corp. of California*, 2012 WL 2368568, at *1 (M.D. Fla. June 21, 2012) (where the Court affirmed that it had discretion to extend the discovery period by sixty (60) days) *citing Chrysler Int'l Corp. v. Chenaly,* 280 F.3d 1358, 1360 (11th Cir.2002). "The broad discretion given

to the court includes the management of pretrial activities such as discovery and scheduling" *Id.*

WHEREFORE, the Parties respectfully requests that the Court enter an Order granting the relief requested herein.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), all Parties have conferred and agree to the requested relief.

### Local Rule 3.08(b) Certification

Pursuant to Local Rule 3.08(b), counsel for all Parties certify that their clients consent to the trial continuance requested herein.

Respectfully submitted,

Dated: March 26, 2021

| | |
|---|---|
| /s/ ALICE R. HUNEYCUTT | /s/ GUS M. CENTRONE |
| ALICE R. HUNEYCUTT | KATHERINE EARLE YANES |
| Florida Bar No. 293105 | Florida Bar No. 159727 |
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | JAMES E. FELMAN |
| | Florida Bar No. 775568 |
| | GUS M. CENTRONE |
| | Florida Bar No. 0030151 |
| 401 E. Jackson Street, Suite 2100 (33602) | KYNES MARKMAN & FELMAN, P.A. |
| Post Office Box 3299 | 100 S. Ashley Drive, Suite 1450 |
| Tampa, Florida 33601 | Tampa, Florida 33602 |
| Telephone: (813) 222-5031 | Telephone: (813) 229-1118 |
| Facsimile: (813) 222-5089 | Facsimile: (813) 221-6750 |
| ahuneycutt@stearnsweaver.com | KYanes@kmf-law.com |
| | JFelman@kmf-law.com |
| and | GCentrone@kmf-law.com |
| | |
| GEOFFREY POTTER | *Attorneys for Defendants XS Supply, LLC, Jon M. Bird, Tyler Berger, Ivan Rodimushkin, David W. Longdue III, and Brendan Thomas* |
| Lead Counsel | |
| ARON FISCHER | |
| TIMOTHY WATERS | |
| JOSHUA R. STEIN | |
| JACQUELINE LASH | |
| PATTERSON BELKNAP WEBB & TYLER LLP | /s/ BRAD F. BARRIOS |
| | BRAD F. BARRIOS |
| 1133 Avenue of the Americas | KENNETH G. TURKEL |
| New York, New York 10036-6710 | BAJO CUVA COHEN TURKEL P.A. |
| Telephone: (212) 336-2000 | |
| Facsimile: (212) 336-2222 | 100 N. Tampa Street, Suite 1900 |
| gpotter@pbwt.com | Tampa, Florida 33602 |
| afischer@pbwt.com | kturkel@bajocuva.com |
| twaters@pbwt.com | bbarrios@bajocuva.com |
| jstein@pbwt.com | garnold@bajocuva.com |
| jlash@pbwt.com | lesli.harm@bajocuva.com |

12630196

| | |
|---|---|
| *Attorneys for Plaintiffs Johnson & Johnson,  Ethicon, Inc., and Ethicon US, LLC* | -and – <br><br> ADAM J. LAMB <br> FOX ROTHSCHILD, LLP <br> One Biscayne Tower <br> 2 South Biscayne Boulevard Suite 2750 <br> Miami, FL  33131 <br> alamb@foxrothschild.com <br><br><br> *Attorneys for Defendants Lion Heart Surgical Supply Corp. f/n/a Lion Heart Surgical Supply LLC, Fabian Conde, and Janaina D. Nascimento* |

12630196