UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNSON & JOHNSON, *et al.*,

    Plaintiffs,

v.                                                             Case No. 8:19-cv-1673-AEP

XS SUPPLY, LLC, *et al.*,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Joint Motion for Entry of Consent Judgment and Permanent Injunction between Plaintiffs and Defendants Lion Heart Surgical Supply LLC, Lion Heart Surgical Supply Corp., Fabian Conde, and Janaina D. Nascimento ("Lion Heart Defendants") (Doc. 324). By the motion, the listed parties seek entry of a Consent Judgment and Permanent Injunction pursuant to Rule 54, Federal Rules of Civil Procedure. The listed parties indicate that they reached an agreement to settle the case subject to, and in accordance with, the terms of the proposed Consent Judgment and Permanent Injunction (Doc. 324, at 5-14), which resolves all claims asserted in the Second Amended Complaint against the Lion Heart Defendants. After consideration, it is hereby

ORDERED:

1. The Joint Motion for Entry of Consent Judgment and Permanent Injunction between Plaintiffs and Defendants Lion Heart Surgical Supply LLC,

Lion Heart Surgical Supply Corp., Fabian Conde, and Janaina D. Nascimento (Doc. 324) is GRANTED.

    2.    The terms of the Consent Judgment and Permanent Injunction (Doc. 324, at 5-14) are APPROVED and incorporated herein.

    DONE AND ORDERED in Tampa, Florida, on this 1st day of December, 2021.

_____<br>
ANTHONY E. PORCELLI<br>
United States Magistrate Judge

cc:    Counsel of Record