UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNSON & JOHNSON, *et al.*,

    Plaintiffs,

v.                                           Case No. 8:19-cv-1673-AEP

XS SUPPLY, LLC, *et al.*,

    Defendant.
                               /

**ORDER**

This matter comes before the Court *sua sponte*. Upon joint motions, the Court entered Consent Judgments and Permanent Injunctions against the following Defendants: XS Supply, LLC; Jon M. Bird; Tyler Berger; Ivan Rodimushkin; David W. Longdue III; Brendan Thomas; Lion Heart Surgical Supply LLC; Lion Heart Surgical Supply Corp.; Fabian Conde; and Janaina D. Nascimento (Docs. 306, 314, 324, & 325). The matter remains pending as to Defendants Pure Care Traders F.Z.E. and Ali Hussain (the "Pure Care Defendants") and as to Defendants M/S Medserve and Pritamdas Arora (the "Medserve Defendants"), however. Namely, Plaintiffs asserted claims against the Pure Care Defendants and the Medserve Defendants in the Second Amended Complaint (Doc. 116), and Defendants Lion Heart Surgical Supply LLC, Lion Heart Surgical Supply Corp., Fabian Conde, and Janainana D. Nascimento (the "Lion Heart Defendants") asserted crossclaims

against the Pure Care Defendants and the Medserve Defendants (Doc. 193, at 20-25).  Accordingly, it is hereby

ORDERED:

1. On or before December 28, 2021, Plaintiffs and the Lion Heart Defendants shall each provide the Court with a written brief detailing whether they intend to pursue their claims against the Pure Care Defendants and the Medserve Defendants in this action and, if so, the status of service upon the Pure Care Defendants and the Medserve Defendants, whether they have communicated with the Pure Care Defendants and the Medserve Defendants or any designated representative for the Pure Care Defendants and the Medserve Defendants, which claims they seek to pursue against the Pure Care Defendants and the Medserve Defendants, and a proposed case management plan for proceeding with such claims against the Pure Care Defendants and the Medserve Defendants.[1]

2. If Plaintiffs and/or the Lion Heart Defendants do not seek to pursue their claims against the Pure Care Defendants or the Medserve Defendants in this action, each may simply submit a notice of dismissal in accordance with Rule 41, Federal Rules of Civil Procedure, indicating that all claims against the Pure Care Defendants and the Medserve Defendants are dismissed.

---

[1] Plaintiffs and the Lion Heart Defendants may submit a joint brief or joint notice of dismissal, if deemed more appropriate.

DONE AND ORDERED in Tampa, Florida, on this 7th day of December, 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record

3